# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Kwintin Parks | Case No: 3:21-cr-101<br>USM No: 28544-509 |
| Date of Original Judgment: 12/20/2021<br>Date of Previous Amended Judgment: 01/07/2022<br>*(Use Date of Last Amended Judgment if Any)* | Molly Rose Green<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    50 months    months **is reduced to**    40 months    .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   01/07/2022   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: January 31, 2024

*Judge's signature*

Effective Date: February 1, 2024
*(if different from order date)*

William L. Campbell, Jr., United States District Judge
*Printed name and title*